Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>     Plaintiff,<br><br>  vs.<br><br>AMERICAN CAPITAL REVITALIZATION GROUP, LLC, a California Limited Liability Company, DANA FABIAN, an individual,<br><br>     Defendants. | Case No.: 8:18-cv-0030-AG-JDE<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br><br><br>Judge: Hon. Andrew J. Guilford |

Notice of Voluntary Dismissal

# NOTICE OF VOLUNTARY DISMISSAL
# PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed <u>without prejudice</u> against all defendants (AMERICAN CAPITAL REVITALIZATION GROUP, LLC and DANA FABIAN) and as to all causes of action pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i). None of the Defendants have filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED:  April 20, 2018                              **PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
PAUL SAPAN